Opinion issued March 13, 2008









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00791-CV

____________


AMERICAN HABILITATION SERVICES, INC. AND VICTORIA T.
ESPARZA, Appellants


V.


LANA S. PETERSON, INDIVIDUALLY, MATTHEW PETERSON,
INDIVIDUALLY AND DON WORLEY, AS INDEPENDENT
ADMINISTRATOR OF THE ESTATE OF DAVID B. PETERSON,
DECEASED, Appellees







On Appeal from the Probate Court No. 2

Harris County, Texas

Trial Court Cause No. 353989401






MEMORANDUM OPINION

 The parties have filed a joint motion to vacate the trial court's judgment,
dismiss the appeal, and release the supersedeas bond obligation due to the parties'
settlement. No opinion has issued. We had abated the appeal. 

 We lift the abatement and reinstate the appeal on this Court's active docket.
Based on the parties' request, and without reference to the merits, we: 

 (1) vacate the trial court's judgment in all things; Tex. R. App. P.
43.2(e); Young Materials Corp. v. Smith, 4 S.W.3d 84, 84-85 (Tex. App.
Waco 1999, no pet.);


 (2) release the current supersedeas bond (No. K07578726, date-stamped June 20, 2007) that is filed with the County Clerk of Harris
County, Texas to N. Terry Adams, Jr., counsel for appellants;


 (3) discharge any liability and obligation of appellants, American
Habilitation Services, Inc. And Victoria T. Esparza, as principals and
Westchester Fire Insurance Company as surety;


 (4) order that costs be paid by the party incurring same; and 


 (5) dismiss the appeal as moot. Tex. R. App. P. 43.2(e).


 The Clerk is directed to issue mandate within 10 days of the date of this
opinion. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Bland.